UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Shawn Clarke Spottswood,                          File No. 25-cv-2933 (ECT/ECW)

        Plaintiff,

v.                                                                    **ORDER**

Washington County MN Probation, Dakota
County MN, Ann Herbst, and Commissioner
of Corrections,

        Respondents.

Magistrate Judge Elizabeth Cowan Wright issued a Report and Recommendation on September 11, 2025. ECF No. 4. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based on all the files, records, and proceedings herein, **IT IS ORDERED THAT**:

1.      The Report and Recommendation [ECF No. 4] is **ACCEPTED**.

2.      Petitioner Shawn Clarke Spottswood's Petition under 28 U.S.C. § 2254 for a Writ of Habeas Corpus [ECF No. 1] is **DENIED** for failure to exhaust state-court remedies.

3.      Petitioner Spottswood's Application to Proceed in District Court Without Prepaying Fees or Costs [ECF No. 2] is **DENIED AS MOOT**.

4.      No certificate of appealability will issue.

Dated: October 10, 2025            s/ Eric C. Tostrud
                                  Eric C. Tostrud
                                  United States District Court